Fannie Pitman, as Administratrix, etc., Respondent, v. The City of New York, Appellant.— Motion denied, without costs. Present — Jenks, P. J., Burr, Carr, Woodward and Rich, JJ.

The People of the State of New York ex rel. John M. Farley, Respondent, v. Max Winkler and Others, Constituting the Board of Water Commissioners, etc., Appellants.— Motion granted, without costs. Present —

* See App. Div. Rules, 2d Dept., Special Rule.— [REP.

Jenks, P. J., Burr, Carr, Woodward and Rich, JJ. Order to be settled before Mr. Justice Carr.